v. *Lynde* (1858), 10 Ind. 282; *Kiler* v. *Wohletz* (1909), L. R. A. 1915B, note 18.

The verdict as directed by the court was not supported by sufficient evidence; hence the court erred in overruling the motion for a new trial. For this error the judgment is reversed, with instructions to grant a new trial.

---

.BROADWAY *v.* MAJORS ET AL.

[No. 10,331.  Filed April 8, 1920.]

APPEAL.—*Review.*—*Conflicting Evidence.*—Where the only question involved in an appeal requires for its determination a review of conflicting evidence, the judgment will be affirmed.

From Ripley Circuit Court; *Robert A. Creigmile,* Judge.

Proceeding between Olna N. Broadway, and Susan A. Majors and others. From the judgment rendered, the former appeals. *Affirmed.*

*Robert S. Hunter* and *Forkner & Forkner,* for appellant.

*Earl J. Askren,* for appellees.

REMY, P. J.—The only question involved in this appeal would require for its determination a review of conflicting evidence. On the authority of *Nicholson* v. *Smith* (1916), 60 Ind. App. 385, 110 N. E. 1007, the judgment of the trial court is affirmed.